AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

TRAVIS WELCH

V.

CITY OF ROCHESTER, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number: 16-CV-6520

| PRESIDING JUDGE Hon. FRANK P. GERACI, JR. | PLAINTIFF'S ATTORNEY Leland T. Williams | DEFENDANT'S ATTORNEY Spencer L. Ash |
|---|---|---|
| TRIAL DATE (S) February 12, 2018 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| — | 400 | | | | Grand Jury Referral, RPD 1186 |
| 1 | 401 | | | | RPD Incident Report, Officer Patrick Giancursio, dated 1/26/16 |
| 2 | 402 | | | | RPD Investigation Action Report, Nolan Wengert, dated 1/26/16 |
| 3 | 403 | | | | RPD Investigation Action Report, Willaim Wagner, dated 1/26/16 |
| 4 | 404 | | | | RPD Investigation Action Report, Robert O'Shaughnessy, dated 1/26/16 |
| 5 | 405 | | | | Interview Form, dated 1/26/16 |
| 6 | 406 | | | | RPD Property Custody Report, dated 1/26/16 |
| 7 | 407 | | | | RPD Technician's Evidence & Photo Report, dated 1/26/16 |
| 8 | 408 | | | | RPD Prisoner Data Report |
| 9 | 409 | | | | City of Rochester, County of Monroe Accusatory Instrument, CR#1-020490 |
| 10 | 410 | | | | RPD Notification and Waiver, RPD 1185, CR#1-020490 |
| 11 | 411 | | | | Statement of Travis Welch, dated 1/26/16 |
| 12 | 412 | | | | CPL Section 710.30 Notice, CR#16-20490 |
| 13 | 413 | | | | Repository Inquiry, pages 1-7 |
| 14 | 414 | A+B | | | Subject Resistance Report, Patrick Giancursio and Willaim Wagner, dated 1/26/16 |
| 15 | 415 | | | | City of Rochester - RPD Intra-Departmental Correspondence |
| 16 | 416 | | | | Medical Receiving Screening Form, dated 1/26/16 |
| 17 | 417 | | | | Booking Officer's Visual Opinion, dated 1/26/16 |
| 18 | 418 | | | | Rap Sheet |
| 19 | 419 | | | | Booking Photograph |
| 20 | 420 | | | | Emergency Communications Department Call Log |
| 21 | 421 | | | | 50-H hearing transcript of Travis Welch, dated May 5, 2016 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

TRAVIS WELCH

V.

CITY OF ROCHESTER, ET AL

## EXHIBIT AND WITNESS LIST

Case Number: 16-CV-6520

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HON. FRANK P. GERACI, JR. | Leland T Williams | Spencer L. Ash |
| | COURT REPORTER | COURTROOM DEPUTY |

TRIAL DATE(S): February 12, 2018

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | | | | Medical Record: Unity Health System, January 30, 2016 |
| 23 | | | | | Medical Record, Strong Memorial Hospital, February 1, 2016 - May 13, 2016 |
| 24 | | | | | VIDEO - Apprension of Brian Norford, 2-3-2016, on Lyell Avenue |
| 25 | | | | | VIDEO - Apprehension of Alexander Grassies, April, 2017 |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages