**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

---

**TRAVIS WELCH,**

**Plaintiff,**

**NOTICE OF**
**DEFENDANTS' MOTION**
**IN LIMINE**

*v.*

**Case No. 16-cv-6520**

**CITY OF ROCHESTER, ROCHESTER POLICE**
**DEPARTMENT, ROCHESTER POLICE OFFICER**
**PATRICK GIANCURSIO, ROCHESTER POLICE**
**OFFICER WILLIAM WAGNER, AND**
**OTHER UNNAMED OFFICERS**

**Defendants.**

---

Defendants, move this Court for a Motion for Limine, together with such other and further relief as is proper.

In support of this motion the Court is referred to the Memorandum of Law submitted herewith and made part of this motion.

DATED: January 29, 2018

**BRIAN F. CURRAN**
**CORPORATION COUNSEL**

s/Spencer L. Ash

_____
Spencer L. Ash, Esq., of counsel
Attorneys for Defendants
30 Church Street, Room 400A City Hall
Rochester, NY 14614
Telephone: (585) 428-6699

TO:    Leland T. Williams, Esq.
       *Attorney for Plaintiff*
       95 Allens Creek Road

Building 1, Suite 107
Rochester, NY 14618
(585) 292-1110