AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __NEW YORK__

TRAVIS WELCH

v.

CITY OF ROCHESTER, ET AL

**EXHIBIT AND WITNESS LIST**

Case Number: 16-CV-6520

| PRESIDING JUDGE<br>HON. FRANK P. GERACI, JR. | PLAINTIFF'S ATTORNEY<br>Leland T Williams | DEFENDANT'S ATTORNEY<br>Spencer L Ash |
|---|---|---|
| TRIAL DATE(S)<br>February 12, 2018 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | | | | Medical Record: Unity Health System, January 30, 2016 |
| 23 | | | | | Medical Record, Strong Memorial Hospital, February 1, 2016 – May 13, 2016 |
| 24 | | | | | VIDEO - Apprension of Brian Norford, 2-3-2016, on Lyell Avenue |
| 25 | | | | | VIDEO - Apprehension of Alexander Grassles, April, 2017 |
| 26 | | | | | photo of plaintiff |
| 27 | | | | | " " " |
| 28 | | | | | " " " |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages