UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TRAVIS WELCH,

                    Plaintiff,

                                                          VERDICT FORM

vs.

                                                          Case # 16-CV-6520

PATRICK GIANCURSIO,
WILLIAM WAGNER

                    Defendants.

FIRST CAUSE OF ACTION

1. Do you find, by a preponderance of the evidence, that Defendants Patrick Giancursio and/or William Wagner subjected Plaintiff Travis Welch to excessive force in violation of Plaintiff's Fourth Amendment Constitutional rights on January 26, 2016?

        Patrick Giancursio    Yes _____        No ✓

        William Wagner     Yes _____        No ✓

If you answered yes to any defendant in question (1), proceed to question (2). Otherwise, proceed to question (5).

2. Do you find, by a preponderance of the evidence, that Defendants Patrick Giancursio and/or William Wagner's acts were the proximate cause of any injuries Plaintiff Travis Welch sustained on January 26, 2016?

        Patrick Giancursio    Yes _____        No _____

        William Wagner     Yes _____        No _____

If you answered yes to any defendant in question (2), proceed to question (3). Otherwise, proceed to question (5).

3. What amount of compensatory or nominal damages will fairly and adequately compensate Plaintiff Travis Welch for the injuries or other damages suffered as a result of the violation of his civil rights by Defendants Patrick Giancursio and/or William Wagner?

COURT'S EXHIBIT
1

   Compensatory Damages  $ _____

   or

   Nominal Damages   $ _____

If you find that Plaintiff Travis Welch is entitled to receive compensatory or nominal damages, proceed to question (4). Otherwise, proceed to question (5).

4. What amount of punitive damages, if any, is Plaintiff Travis Welch entitled to recover for the acts of any of the defendants against whom you found a cause of action?

   Patrick Giancursio  $ _____
   William Wagner   $ _____

5. Was your verdict unanimous?

   Yes __✓__    No _____

I certify the above verdict to be true and accurate.

__2/13/18__         __Tiffany Freeman__
Date            Signature of Foreperson